·UNITED STATES of America, Plaintiff–Appellee,

v.

Salvador De Jesus Sanchez MIRANDA, a.k.a. Salvador Jesus Sanchez, Defendant–Appellant.

No. 15–50225.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 25, 2016.

Jarad E. Hodes, Assistant U.S., Peter Ko, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Elizabeth Nguyen Behnke, Behnke Law Corporation, San Diego, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

### MEMORANDUM **

Salvador De Jesus Sanchez Miranda appeals from the revocation of supervised release and the time-served sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez Miranda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.

Because Sanchez Miranda has fully served his sentence and is not subject to a term of supervised released, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.